# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DIANE M ROUSE                                    Case No.: 06-00349

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/16/2006.

2) This case was confirmed on 03/20/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/06/2008, 11/06/2008, 06/25/2009, 12/02/2009, 03/08/2010.

5) The case was completed on 09/01/2010.

6) Number of months from filing to the last payment: 56

7) Number of months case was pending: 62

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   1,200.00

10) Amount of unsecured claims discharged without payment $   16,710.48

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 24,554.16 |
| Less amount refunded to debtor | $ | 2,307.40 |
| **NET RECEIPTS** | $ | 22,246.76 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,396.50 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 1,361.63 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,758.13 |
| Attorney fees paid and disclosed by debtor | $ | 681.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MITSUBISHI MOTORS CR | SECURED | 9,750.00 | 12,100.37 | 9,566.38 | 9,566.38 | 4,003.80 |
| MITSUBISHI MOTOR COR | UNSECURED | 2,860.06 | NA | NA | .00 | .00 |
| MITSUBISHI MOTOR CRE | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,725.00 | 2,760.88 | 2,760.88 | 2,760.88 | .00 |
| ALLIANCE ONE | UNSECURED | 212.00 | NA | NA | .00 | .00 |
| AMERICAN DEBT COLL | UNSECURED | 876.00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 127.00 | NA | NA | .00 | .00 |
| CREDIT PAC | UNSECURED | 78.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,020.00 | 1,120.00 | 1,120.00 | 177.11 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | 99.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2,944.00 | 2,944.17 | 2,944.17 | 465.56 | .00 |
| PREMIER BANK CARD | UNSECURED | 343.00 | 343.89 | 343.89 | 54.38 | .00 |
| IL STUDENT ASSISTANC | UNSECURED | 3,838.00 | 3,920.63 | 3,920.63 | 619.97 | .00 |
| LISA RONE MD | UNSECURED | 385.00 | NA | NA | .00 | .00 |
| MEDICAL & DENTAL BUS | UNSECURED | 220.00 | 220.00 | 220.00 | 35.32 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,522.00 | 1,521.53 | 1,521.53 | 240.60 | .00 |
| PROFESSIONAL PLACEME | UNSECURED | 357.00 | NA | NA | .00 | .00 |
| AT & T WIRELESS | UNSECURED | 94.00 | 93.97 | 93.97 | 14.86 | .00 |
| WINDSER OAKS APTS | UNSECURED | 2,373.67 | 2,330.76 | 2,330.76 | 368.56 | .00 |
| WOMENS HEALTH ADVANT | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 17.25 | 17.25 | 2.24 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 327.00 | 327.00 | 51.71 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor              Claim        Claim        Claim      Principal    Int. |
|   Name        Class   Scheduled    Asserted     Allowed       Paid      Paid |
|                                                                              |
|VERIZON NORTH        UNSECURED         NA         87.51        87.51     13.84         .00 |
|PORTFOLIO ACQUISTION OTHER             NA           NA           NA        .00         .00 |
|THREE RIVERS FEDERAL UNSECURED         NA        717.28       717.28    113.42         .00 |
|LEATRICE ROUSE       OTHER            .00           NA           NA        .00         .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 9,566.38 | 9,566.38 | 4,003.80 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 9,566.38 | 9,566.38 | 4,003.80 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,760.88 | 2,760.88 | .00 |
| **TOTAL PRIORITY:** | 2,760.88 | 2,760.88 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 13,643.99 | 2,157.57 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,758.13 |
| Disbursements to Creditors | $ | 18,488.63 |
| **TOTAL DISBURSEMENTS:** | $ | 22,246.76 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    03/23/2011                                /s/ Tom Vaughn
                                                    Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**